Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Estate of David Rubinstein   v. United States of America

No. 15-5068

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Estate of David Rubinstein
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                Joseph A. Broyles, Esq.
Law firm:            The Law Offices of Joseph A. Broyles, Inc.
Address:             1875 Century Park East, Suite 600
City, State and ZIP: Los Angeles, CA 90067
Telephone:           (310) 338-0001
Fax #:               (310) 388-0501
E-mail address:      joseph@broylesesq.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 2, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

4-17-15
Date

Signature of pro se or counsel

cc: _____

123

PROOF OF SERVICE

This is to certify that on April 17, 2015 a copy of the foregoing Entry of Appearance was served on the United States of America through its attorney, Ms. Regina S. Moriarty, via U.S. mail and e-mail at the following e-mail addresses:

Regina S. Moriary, Esq.
Department of Justice
Tax Division
Suite 4333
PO Box 502
Ben Franklin Station
Washington, DC 20044
regina.s.moriarty@usdoj.gov,
Appellate.Taxcivil@usdoj.gov

Dated: April 17, 2015　　　　　　By: _____
　　　　　　　　　　　　　　　　Joseph A. Broyles, Esq.
　　　　　　　　　　　　　　　　Attorney for Appellant